UNITED STATES of America,
Plaintiff-Appellee,

v.

Alberto GARCIA-JIMENEZ,
a.k.a. Nelih Alexis Miranda,
Defendant-Appellant.

No. 16-10169

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 19, 2017

Lauren G. LaBuff, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Ricardo Bours, Ricardo Bours Attorney at Law, Tucson, AZ, for Defendant-Appellant

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Alberto Garcia-Jimenez appeals from the district court's judgment and challenges the 46-month sentence imposed upon remand following his guilty-plea conviction for reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm..

Garcia-Jimenez contends that the district court procedurally erred by failing to explain the sentence adequately, and by relying on unsupported facts regarding a prior conviction. We review for plain error, see *United States v. Valencia-Barragan,* 608 F.3d 1103, 1108 (9th Cir. 2010), and conclude that there is none. The record reflects that the district court sufficiently explained its determination to depart upwards under the commentary to U.S.S.G. § 2L1.2 and impose an above-Guidelines sentence. See *United States v. Carty,* 520 F.3d 984, 992 (9th Cir. 2008) (en banc). Moreover, Garcia-Jimenez has not shown that the district court relied on any clearly erroneous fact. See *United States v. Christensen,* 732 F.3d 1094, 1103 (9th Cir. 2013).

Garcia-Jimenez also contends that the sentence is substantively unreasonable. The district court did not abuse its discretion in imposing Garcia-Jimenez's sentence. See *Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Garcia-Jimenez's serious criminal history. See *Gall,* 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.